# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| JAMIE HAYES, | : | |
| Plaintiff, | : | Civ. No. 16-2679 (RBK) (KMW) |
| v. | : | |
| WILDWOOD BY THE SEA POLICE DEPARTMENT, et al., | : | **MEMORANDUM AND ORDER** |
| Defendants. | : | |

Plaintiff has filed a *pro se* civil rights complaint pursuant to 42 U.S.C. § 1983. It has come to the attention of the Court in other cases filed by plaintiff (*See* Civ. Nos. 16-2674, 16-2675, 16-2680, 16-2681) that he is no longer detained at the Cape May County Correctional Center, which is his current address of record in this case.

As of today's date, plaintiff has not updated the Court with his new address in this case in violation of Local Civil Rule 10.1. *See* L. Civ. R. 10.1(a) ("Counsel and/or unrepresented parties must advise the Court of any change in their or their client's address within seven days of being appraised of such change by filing a notice of said change with the Clerk."). Therefore, this Court will administratively terminate this case. Plaintiff shall be given the right to reopen this matter if he provides this Court with an updated corrected address.

Accordingly, IT IS this  20th  day of June, 2016,

ORDERED that the Clerk shall ADMINISTRATIVELY TERMINATE this matter for failure to comply with L. Civ. R. 10.1, with the right to re-open upon plaintiff updating his contact information and satisfying the appropriate Rules.

s/Robert B. Kugler
ROBERT B. KUGLER
United States District Judge
